From the Desk of: Leah Sue Springer
2517 Classic Court Dr
Bedford Texas [zip exempt]



MAY 3 1 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

Cause number  4:22cv457
JORDAN/JOHNSON

LEAH SUE SPRINGER-VESSEL

by Leah Sue Springer

v.

THE STATE OF TEXAS DUNS XXXXX7595

GRAYSON COUNTY, DUNS XXXXX8729

COURT AT LAW NO 1

James Henderson in his individual and professional capacity

JOHN DOE

JANE DOE

Et al

---

PLAINTIFFS ORIGINAL COMPLAINT & TRIAL BY JURY AT COMMON LAW DEMAND

---

I. INTRODUCTION AND STATEMENT OF CLAIMS

1. Now comes, Plaintiff Leah Sue Springer, a living Texian, American National woman (a non-employee of the UNITED STATES Corporation, non-14th Amendment Citizen) is diverse from the Defendant and brings this cause of action against THE STATE OF TEXAS, GRAYSON COUNTY, COUNTY

COURT AT LAW NO. 1 and James Henderson s "U.S. Citizens", a for-profit Corporation registered with secretary of the STATE and its agents also U.S. citizens for a pattern and practice of unconstitutional conduct of creating causes of action in the courts of Texas without any injured party and for the criminal conduct of securities fraud, mental and emotional harm, and an attempt to cover-up their neglect willful crimes against me, one of the Texian-American National People of Texas, Defendants herein have breached their fiduciary duty to protect my God-given rights.

2. Plaintiff is entitled to enforce her USC 1st Amendment and petition for the *speak and print and redress of grievances*. And USC 7th Amendment *right to trial by jury at common law*. Texas Bill of rights Article 1 Section 8 *a jury shall have the right to determine the law and the facts*, Article 1 Section 13 *shall have remedy by due course of law*, Article 1 Section 27 *have the right to redress of grievance* and Article 1 Section 30 *I claim all my rights as a crime victim.* USC Article VI as the *law of the land* and as treaty between Texas and the United States.

## II. JURISDICTION

3. The jurisdiction is proper to litigate and enforce my rights of redress. I invoke the *supremacy clause of* Article VI of the United States of America constitution to vindicate all rights codified within all treaties between Texians who live inside Texas, I demand Article III court, and an Article III Judge.

4. The U.S. Constitution Article III sec 2 allows me the plaintiff (a living woman) to compel and invoke the federal-court powers to coordinate a remedy for my *injury-in-fact* herein, I am showing a connection between my injury and the defendants conduct complained of, and a likelihood that my injury will be redressed by a favorable decision by a jury of my peers.

5. <u>Texas Bill of Rights Article 1 Section 13.</u>
   "*All Courts* shall be open, and every person for an injury done him, in his lands, goods, person or reputation shall have remedy by due course of law."

### III. VENUE

6. Venue is proper because the defendants' actions occurred within the jurisdiction of the DISTRICT COURT OF THE UNITED STATES, EASTERN DIVISION, thus this is the proper venue.

### ALL FACTS HEREIN ARE SWORN UNDER PENALTY OF PERJURY AT COMMON LAW

1. I, Leah Sue Springer, I am a living woman created in the image of YHWH, see Genesis 1:26-28.
2. I have first-hand knowledge of the truth of all the facts herein.
3. I have a sound mind, and no mental disability.
4. I am of majority age, I turned 18 in 1981.
5. I, Leah Sue Springer, have corrected my status per 8 USC 1101 (a) 21 and 23 once I realized the 14th Amendment citizen is a dead civil entity see Congressional Record, June 13, 1967, pp. 15641-15646, I repudiated my U.S. Corporate Citizenship, and I have Standing as Texian American National to my rightful inheritance given to me by God.
6. I am not an employee of the STATE OF TEXAS, nor COUNTY OF GRAYSON, nor the UNITED STATES which are for-profit Corporations, and all exist under the mother Corporation the UNITED STATES, see 28 USC 3002 Section 15(a)(b). I have no contracts with these corporations in my private capacity.
7. I am a Sovereign Texian American National woman living on the Texas soil.
8. I do NOT live in Washington D.C. I am NOT chattel property of the STATE OF TEXAS nor COLORADO.

9. I choose to stand on my God-given liberty as codified in Texas and United States of America bill of rights, Articles of Confederation, Northwest Ordinance, Declaration of Independence, and the Holy Bible which include my right to be free from warrantless searches and seizures, and my right to be free from loss of liberty without due process.
10. I stand on my right to trial by jury, and right to be free from cruel and unusual treatment, of a court pretending the STATE OF TEXAS has a cause of action against me.
11. On July 20, 2019, I was slowly traveling in my private capacity in a parking lot, I was not operating in commerce.
12. I tapped a woman's bumper with my bumper in the parking lot.
13. I provided the people who's bumper I tapped with my private insurance information, so they could be restored by my insurance provider.
14. The people whose bumper I tapped called the police at the beginning of our conversation.
15. A deputy arrived at the parking lot, and he began an investigation, I was not operating in commerce, but rather my private capacity. I had NO contract with the deputy.
16. I was interrogated but the deputy never gave me Miranda warnings first.
17. I never waived my 5th Amendment rights.
18. I was seized by the deputy who put handcuffs on my wrists against my consent.
19. On July 20, 2019, I never authorized the search of my car nor the seizure of my body. The deputy did not care and took me to jail anyway.
20. The deputy wearing guns, kidnapped me without a warrant, then drove me to the courthouse, the deputy asked if I authorized a blood-draw. I declined. Upon my saying *"NO",* he claimed to secure a warrant, which I don't recall seeing.

21. I was then driven to the local hospital. I had NO contract with the Doctors or Nurses, yet they stuck a needle in my arm and withdrew my life-force (my blood) given to me by God. My blood was taken against my free-will, coercive slavery is forbidden see 18 USC 1583, 84, 85, this was a violation of the 4th Amendment, I have a right to be free from warrantless searches and seizure see also Texas Bill of Rights Article 1 Section 9.
22. After the warrantless seizure of my body and my blood, I was returned to the jail where my jewelry and contact lenses were taken from me, thus I could not see properly.
23. Upon my return to the jail, I realized my purse was in the possession of the deputy who had seized my private belongings, and now he searched my purse and counted the money in my purse, I never consented to this search.
24. I suffered punishment held in a cage and confined 20 hours and many other constitutional injuries by the warrantless seizure of my body was held a surety for a debt contrary to Texas Bill of Rights Article 1 Section 18, "debtors prisons are forbidden."
25. A trial by jury was denied, which deprived me of due process. The 4th and 5th amendments were clearly established since December 15, 1791, and Texas Bill of rights Article 1 section 9, 19, and 29 was clearly established since 1836, thus defendants cannot claim Federal Qualified Immunity.
26. The cage where I was held was freezing cold, and I was served sub-standard food only once in 20 hours I was held without a warrant, which was cruel and unusual.
27. The following day I was coerced under duress to contract with a bondsman, to leave the jail, coercive contracts are forbidden; see 18 USC 1583, 84, 85.
28. I demand dismissal of this case and my equitable right of relief, restitution and remedy which I am entitled under the United States 1st Amendment and Texas

Bill of Rights Article 1 section 13, 27. See **EXHIBIT "B"** (Transgression fee schedule)

29. I demand and claim all my property including, but not limited to, all securities, funds, proceeds, interest, reversionary interest, and any monetization of Cause number 2020-1-0318 as my sole exclusive property, due to the breach of fiduciary duty of my trustees.

30. I claim all securities traded in my name, and my cause number. All securities, funds and proceeds included but not limited to: **SEI MULTI-ASSET REAL RETURN FUND, Symbol: SEIAX, CUSIP 867031866 Portfolio Assets include $794,278,000.00** which I claim as exclusively my securities, due to the fraud of my trustees trying to gain securities from the use of my trust funds, and the illegal creation of debts against my estate by filing a false claim in commerce.

31. July 21, 2019, when I returned to my car, I discovered it had been ransacked by the deputy and spoiled food was strewn all over my car.

32. I then was compelled to pay an attorney $5,000.00 to speak and defend my liberty in this matter.

33. The attorney John Nex was negligent in his fiduciary duty and failed to properly communicate with me. He neglected to defend my rights to be free from warrantless searches and seizures and failed defend my right to be free from false claims filed in commerce against my estate trust he is part of the securities fraud against my estate a violation of 18 USC 1348.

34. I have been denied and never waived my right to a speedy trial, 2019 to 2022 is almost 3 years, yet I have never had a trial by jury of my peers. My 5th and 6th Amendment rights were clearly established at the time.

35. August 8 and 9th of 2019, I restored the property damaged by my accidental bumper tap. There was NO intent to harm the people's bumper.

36. My State Farm Insurance provider paid to restore the injured bumper and sent money to **Kirk's Collision $456.88 August 8, 2019**. The insurance company also paid **$473. 62 for the rental car to Enterprise Rent-A-Car on August 9, 2019.** Therefore, the STATE OF TEXAS, COUNTY OF GRAYSON, AND COURT AT LAW NO. 1, See **EXHIBIT "A"** (see the receipt of the bumper repair and rental car receipt).

37. On May 31, 2022, I challenge Plaintiff's standing and jurisdiction of the County Court at Law NO. 1, and it was NEVER proven. Once challenged it was required to be proven.

38. This matter has already been settled privately, thus there is NO controversy for the court to adjudicate, therefore there is no standing or jurisdiction.

39. The STATE OF TEXAS and COUNTY OF GRAYSON have brought this commercial claim in bad faith with unclean hands, my rights have been trespassed upon.

40. I have sustained injury to my name and reputation. I have suffered emotional distress, anxiety, loss of sleep and economic loss from the false claim filed in commerce against my estate, the actions have been done under color of law with intent to harm me.

41. On May 25, 2022, I attempted to file a "DEMAND FOR DISMISSAL, NOTICE OF LACK OF STANDING AND JURISDICTION" into the court case number 2020-1-0318 at the clerk's office. The clerk, Brianna, willfully and intentionally obstructed justice and lied to me she said she *"could NOT file my documents into the court's public record"*. She committed a Federal crime when she obstructed justice and tampered with the governmental record see 18 USC 2071 and 2076.

42. Because my in person filing was denied, I then mailed this documents registered mail number **RF 446 691 674 US** see **EXHIBIT "D"**

43. On May 31, 2022 I appeared outside the gate of the COUNTY COURT AT LAW NO. 1, by special appearance to settle the matter that day.

44. I had fired my previous attorney John Nix, for cause and swindle.

45. May 31, 2022 I brought my new counsel with me to the County Court at Law NO 1.

46. James Henderson while pretending to be judge asked if I had counsel, I said *"yes"* then James Henderson refused my right to counsel, and would not allow her to speak.

47. I have the right to counsel of my choice, I choose non-bar-card counsel Ms. Straight who's fully competent in the law.

48. May 31, 2022 at approximately 10:19 am James Henderson acting in his private capacity refused to allow my counsel Ms Straight to speak even though she cited the Administrative Procedures Act Section 6.
**Administrative Procedures Act, public Law 404-79th CONGRESS section 6 (a):** *"Nothing herein shall be construed either to grant or to deny to any person who is not a lawyer the right to appear for or represent others before any agency or in any agency proceeding."*

49. I explained to trustee James Henderson, *"I have a right to counsel"* he refused my right. My counsel Ms. Straight, was then threatened with arrest by James Henderson, for simply speaking on my behalf, per our private contract.

50. James Henderson ordered the baliff to detain Mrs Straight. She refused and told the Baliff *"you will **NOT** touch me"* she demanded he *"leave her alone"* and she told James Henderson that she *"had a right to be my counsel under the Administrative Procedures Act Section 6"*. She was then forced under duress out of the court room she announced *"she was leaving under duress"* and did not consent to his threat of detention if she did not leave, based on the *"Texas open Court provision Article 1 Section 13."* James Henderson did not care and

ordered her removed anyway, his willful and violations of the Texas and United States constitution are acts of Treason.

51. When James Henderson ordered my counsel out of my court room against her free will, he impaired obligations of our private contract which violated the Texas Bill of rights Article 1 Section 16 and United States Constitution Article 1 section 10 "obligations of contracts cannot be impaired.

52. The fundamental fairness of this court was denied which denied due process, thus the jurisdiction was absent see 5 USC 556(d) and 557.

53. Texas Penal Code 39.02 and 39.03 were violated and the actions were willful and intentional see 18 USC 241 and 242.

54. I was then handed a piece of paper that made false and fraudulent statements on it which stated I *"entered a plea of NOT-GUILTY" this is a false statement of material fact.* I have NO Contracts with the County Court at law No.1, and I entered NO plea. See **EXHIBIT "E"** (copy of the form handed to me by the clerk).

55. I have fired John Nix for cause, and rescission all documents he signed for me see **EXHIBIT "C"** (cancellation of all powers of attorney). On the piece of paper it showed John Nix still as "attorney for Defendant" See **EXHIBIT "E."**

## DEMAND & DESIRED RELIEF

See Proverbs 10:24 *"The desire of the righteous shall be granted."*

a. I am entitled to relief and remedy and restitution under the USC 1st Amendment and Texas Bill of rights Article 1 Section 13, 27, 30.
b. I am entitled to speak and publish truth and give evidence to a jury of my peers to determine the facts and the law for redress of my injuries see Texas Constitution Article 1 Section 8.
c. I am entitled per Article 1 Section 13 to have a remedy by due course of law.

d. I demand my rights to a Trial by jury at common law see USC 7th Amendment, and Texas Bill of rights Article 1 Section 15.
e. I demand my rights under Article 1 Section 27, and petition herein to the power for redress of my grievances and per Article 1 Section 30 and Article 1 Section 31 as a crime victim.
f. I demand Defendants pay my mental suffering past and future.
g. I demand remedy, relief, and restitution for Physical pain from the bruising my arm when they drew my blood, and mental anguish in the past and future.
h. I demand Defendant's supply remedy, relief and restitution for my Lost earnings.
i. I demand Defendant's supply remedy, relief and restitution for my Lost profits.
j. I demand Defendant's supply remedy, relief and restitution for my Loss of earning capacity.
k. Loss of my good name and reputation.
l. I request limited discovery to depose Defendants and their employees, former employees and representative agents and contractors.

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law.

I reserve all my God-given rights,

_Leah Sue Springer_ my autograph, my seal

By: *Leah Sue Springer*-Executor/Beneficiary of the

LEAH SUE SPRINGER-VESSEL

2517 Classic Court West [zip exempt]

state of Texas

Before me, Garrett Clements, a notary public, on this day personally appeared Leah Sue Springer, showed me necessary identification. I witnessed her autograph on this document on 31st day, month of May year of our Lord 2022.

_____ Commission expires 10/12/22.

Public Notary                              seal

GARRETT TAYLOR CLEMENTS
My Notary ID # 129919515
Expires October 12, 2022

Leah Sue Springer Original Complaint Page 10 of 10