UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LEAH SUE SPRINGER-VESSEL | § § | |
| v. | § § | CIVIL NO. 4:22-CV-457-SDJ |
| THE STATE OF TEXAS, ET AL. | § § | |

## ORDER

The Court has considered the parties' Agreed Motion to Dismiss with Prejudice, (Dkt. #19), and concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that all claims asserted by Plaintiff Leah Sue Springer-Vessel against Defendants Grayson County, "Court at Law No. 1," Judge James Henderson, and the State of Texas in this action are dismissed with prejudice, with each party bearing its own costs and fees.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 29th day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE